Case 1:08-cr-00233-VM Document 1 Filed 03/17/2008 Page 1 of 4

Judge Marrero

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 17 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :  **INDICTMENT**

    - v. -                       :  08 Cr.

DIRIKI HAMILTON,                  :
    a/k/a "B,"
    a/k/a "Black,"               :  **08 CRIM 233**
                Defendant.
                                  :

- - - - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

1. In or about November 2007, in the Southern District of New York and elsewhere, DIRIKI HAMILTON, a/k/a "B," a/k/a "Black," the defendant, and others known and unknown, unlawfully, willfully and knowingly, did combine, conspire, confederate, and agree together and with each other, to commit an offense against the United States, to wit, a violation of Title 18, United States Code, Section 922(a)(1)(A).

2. It was a part and an object of the conspiracy that DIRIKI HAMILTON, a/k/a "B," a/k/a "Black," the defendant, and others known and unknown, unlawfully, willfully, and knowingly, not being licensed importers, licensed manufacturers, or licensed dealers, would and did engage in the business of importing, manufacturing, and dealing in firearms, and in the course of such business would and did ship, transport, and receive firearms in interstate commerce, in violation of Section 922(a)(1)(A) of Title 18, United States Code.

OVERT ACTS

3. In furtherance of the conspiracy and to effect the illegal object thereof, DIRIKI HAMILTON, a/k/a "B," a/k/a "Black," the defendant, and others known and unknown, committed the following overt acts, among others, in the Southern District of New York and elsewhere:

a. On or about November 18, 2007, DIRIKI HAMILTON, a/k/a "B," a/k/a "Black," the defendant, met with a confidential informant in the vicinity of 167th Street and Andersen Avenue in the Bronx to negotiate the price for the purchase of the following four guns: a 9 millimeter Star Becheverria pistol, .357 Magnum Ruger revolver, .380 Bersa pistol, and .38 Special Derringer pistol.

b. On or about November 20, 2007, a co-conspirator not named as a defendant herein ("CC-1"), and HAMILTON, sold a 9 millimeter Star Becheverria pistol, .357 Magnum Ruger revolver, .380 Bersa pistol, and .38 Special Derringer pistol, to an undercover agent with the Bureau of Alcohol, Tobacco and Firearms, in Bronx, New York.

(Title 18, United States Code, Section 371.)

COUNT TWO

The Grand Jury charges:

4. In or about November 2007, in the Southern District of New York and elsewhere, DIRIKI HAMILTON, a/k/a "B," a/k/a "Black," the defendant, not being a licensed importer,

licensed manufacturer, or licensed dealer, unlawfully, willfully, and knowingly did engage in the business of importing, manufacturing, and dealing in firearms, and in the course of such business did ship, transport, and receive firearms in interstate commerce, to wit, HAMILTON sold the following four firearms to an undercover officer in the Bronx, New York: a 9 millimeter Star Becheverria pistol, .357 Magnum Ruger revolver, .380 Bersa pistol, and .38 Special Derringer pistol, all of which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(a)(1)(A).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

```
Form No. USA-33s-274 (Ed. 9-25-58)
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DIRIKI HAMILTON,
a/k/a "B,"
a/k/a "Black,"

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. §§ 371 and 922(a)(1)(A).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*[signature]*
Foreperson.

*3/17/08 Filed Indictment A/W issued case assigned to Judge Marrero*