

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 9, 2008

**BY HAND**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 660
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-9-08
```

     Re:    United States v. Diriki Hamilton
            08 Cr. 233 (VM)

Dear Judge Marrero:

     The Government writes to inform the Court that the defendant named in the above entitled matter was indicted on March 17, 2008, and the case was assigned to Your Honor. The defendant was arrested on April 8, 2008. Pursuant to your referral, the matter was presented to the Honorable James C. Francis IV on April 8, 2008, for the purposes of Initial Presentment and Arraignment. At the arraignment, Judge Francis IV ordered that time be excluded pursuant to the Speedy Trial Act until April 28, 2008. The Government and defense counsel respectfully request

that the Court schedule a Pre-Trial Conference in the above entitle matter on Thursday, April 17, 2008, at 2:45 p.m.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

By:   _____
       NATALIE LAMARQUE
       Assistant U.S. Attorney
       (212) 637-2206
       (212) 637-2527 (fax)

cc:   Gregory E. Cooper, Esq.
      (212) 608-4828 (w)
      (212) 964-2926 (f)

---

Request GRANTED. The *initial status* conference herein is scheduled to 4-17-08 at 2:45 p.m.

SO ORDERED.

4-9-08
DATE        VICTOR MARRERO, U.S.D.J.