UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :
                                   :      08 CR 0233 (VM)
            -against-              :      ORDER
                                   :
DIRIKI HAMILTON,                   :
                                   :
                    Defendant.     :
-----------------------------------X

**VICTOR MARRERO, United States District Judge.**

  The Court had scheduled an initial criminal conference in this matter for April 17, 2008 at 2:45 p.m. Due to a conflict with the Court's calendar, this conference is rescheduled for April 17, 2008 at 9:00 a.m.


**SO ORDERED:**

Dated:   New York, New York
         10 April 2008

                 Victor Marrero
                 U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-10-08