GREGORY E. COOPER
ATTORNEY AT LAW
20 VESEY STREET
SUITE 400
NEW YORK, N.Y. 10007

(212) 608-4828

MAY 23

May 21, 2008

Honorable Victor Marrero
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Diriki Hamilton
08 Cr. 233 (VM)

Dear Judge Marrero:

    I am respectfully requesting that the Court modify the bail conditions for Mr. Hamilton so that on Sunday June 1, 2008 he may go to Giants Stadium at the Meadowlands in Secaucus New Jersey. Mr. Hamilton has a ticket that evening for the "Hot 97's Summer Jam XV" scheduled to start at 6:30 PM that day and end some time late that evening. Mr. Hamilton's ticket is in the Upper Tier, Section 311, Row 11, Seat 20. I have spoken to Mr. Hamilton's pre-trial officer who has no objection to this minor modification of the defendant's travel restrictions for one evening. I have spoken to AUSA Natalie Lamarque seeking her consent as well. She has indicated that I should inform Your Honor that the Government will not take a position with respect to this respect.

    I thank the Court for its consideration of this matter.

Respectfully Yours,

Gregory Cooper

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-23-08

---

Request GRANTED. The bail conditions of defendant Diriki Hamilton herein are modified to permit travel to Secaucus, NJ on 6-1-08 thru 6-1-08 for the purposes and on the terms and conditions set forth above.

SO ORDERED:

5-23-08
DATE      VICTOR MARRERO, U.S.D.J.